IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ATAIN INSURANCE COMPANY**, <br><br> Plaintiff, <br><br> v. <br><br> **BASEMENT WATERPROOFING SPECIALIST, INC. D/B/A OLD FAMILY CONSTRUCTION**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 20-5440-KSM** |

## ORDER

**AND NOW**, this 3rd day of November, 2021, upon consideration of Plaintiff Atain Insurance Company's Motion for Judgment on the Pleadings (Doc. No. 11), Defendant Basement Waterproofing Specialist, Inc.'s response and cross-motion (Doc. No. 12), Atain's reply (Doc. No. 13), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that Atain's Motion (Doc. No. 11) is **GRANTED** and, as such, Atain has no duty to defend or indemnify Basement, Inc. in the underlying state court action, *Gary Budman v. Basement Waterproofing Specialist, Inc.* It is **FURTHER ORDERED** that Basement, Inc.'s cross-motion (Doc. No. 12) is **DENIED**. The Clerk of the Court is directed to close this case.

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.